No. 913. UNITED STATES *v.* PACIFIC GAS & ELECTRIC Co. June 1, 1931. Petition for writ of certiorari to the Circuit

Court of Appeals for the Ninth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Mr. Aubrey Lawrence* for the United States. *Mr. Wm. B. Bosley* for respondent.